## No. 7434.

### J. A. FERNANDEZ, EXECUTOR, VS. EDWARD MURPHY.

The giving one's note for the unpaid rent of a house does not novate the debt, nor change its character, nor deprive the lessor of his right to a provisional seizure to enforce the payment of it.

Where the allegations of fear of removal, etc., are in the very words of the Code of Practice, a motion to set the writ aside for insufficiency of allegation is frivolous.

Unless printed briefs in support of an application for rehearing are filed, the application will not be considered.

APPEAL from the Sixth District Court for New Orleans.    RIGHTOR, J.

*Sambola & Ducros* for Plaintiff.    *A. B. Philips* for Defendant Appellant.

MARR, J., delivered the opinion affirming the judgment.